

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2018

No. 04-18-00650-CV

**IN THE INTEREST OF A.M.S., A CHILD,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02129
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to November 2, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court